# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

KIRK LUSTER,                                    )    No. ED CV 12-1796-PLA
                                                )
                    Plaintiff,                  )
                                                )    **JUDGMENT**
            v.                                  )
                                                )
CAROLYN W. COLVIN,                              )
ACTING COMMISSIONER OF SOCIAL                   )
SECURITY ADMINISTRATION,                        )
                                                )
                    Defendant.                  )
_____        )

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

Security Administration, is affirmed consistent with the Memorandum Opinion.


DATED: August 19, 2013

                                        _____
                                                    PAUL L. ABRAMS
                                            UNITED STATES MAGISTRATE JUDGE